F I L E D
Clerk
District Court

MAR - 6 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**TIMOTHY H. BELLAS**
Attorney-at-Law
Bank of Hawaii Bldg., Suite 203
P.O. Box 502845
Saipan, MP 96950
Telephone: (670) 323-2115; Fax 323-2116

**ATTORNEY FOR**: Petitioner Zhu

### IN THE UNITED STATES DISTRICT COURT
### FOR THE
### NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ZHU, LIAN KUN, | CIVIL CASE NO. 08-0012 |
| Petitioner, | CRIMINAL CASE NO. 03-00018 |
| v. | **EX PARTE MOTION FOR APPOINTMENT OF INTERPRETER** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

COMES NOW, Petitioner, ZHU, LIAN KUN, (Mr. Zhu) presently incarcerated in the Bureau of Prisons Moshannon Valley facility located in Philipsburg, Pennsylvania, by and through his Court appointed counsel, Timothy H. Bellas, and respectfully moves *ex parte* for an

1

1  Order of this Court appointing an interpreter to assist counsel in the representation of the

2  Petitioner who speaks and writes in Chinese.

3      This Motion is based on the attached Declaration of Counsel and the files of this matter and

4  Criminal Case No. 03-00018.

5

6      In view of the fact that Ms, Jean Shi (aka Shuqin Shi) acted as the interpreter during trial

7  and has translated the Petitioner's prior letters to the Court and is therefore familiar with this

8  matter, Petitioner respectfully requests that her appointment be continued.

9      Petitioner further requests that such appointment be effective from February 1, 2008 as

10  Ms. Shi, although not at the request of current counsel for Petitioner, has translated the latest letter

11  from the Petitioner during the month of February, 2008.

12

13      Respectfully submitted, this 6th day of March, 2008.

14

15                                                                Timothy H. Bellas, F-0135

16                                                                 Attorney for Petitioner Zhu

17

18

19

20

21

22

23

24                                          2

25

26

27