F I L E D
Clerk
District Court

MAR -6 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**TIMOTHY H. BELLAS**
Attorney-at-Law
Bank of Hawaii Bldg., Suite 203
P.O. Box 502845
Saipan, MP 96950
Telephone: (670) 323-2115; Fax 323-2116

**ATTORNEY FOR**: Petitioner Zhu

**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| ZHU, LIAN KUN, ) | CIVIL CASE NO. 08-0012 |
| Petitioner, ) | CRIMINAL CASE NO. 03-00018 |
| ) | |
| v. ) | **DECLARATION OF TIMOTHY H. BELLAS IN SUPPORT OF APPOINTMENT OF INTERPRETER** |
| UNITED STATES OF AMERICA, ) | |
| Respondent. ) | |

COMES NOW, TIMOTHY H. BELLAS, and states the following:

1.   I am an attorney licensed to practice in the CNMI and an officer of this Court.

2.   I am the CJA appointed attorney for the Petitioner in the above entitled matter and

1

competent to testify to the matters stated herein, if necessary.

3. In order for counsel to pursue this matter effectively it will be necessary for me to have contact with the Petitioner.

4. The Petitioner is a Chinese national who is not able to speak or read English.

5. Therefore, in order to ensure that the Petitioner is able to understand and verify the accuracy of all communications between him and counsel, it will be necessary to employ the services of a Chinese to English interpreter.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on Saipan, CNMI on this 6th day of March, 2008.

Timothy H. Bellas, Declarant