FILED
Clerk
District Court

MAR -7 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ZHU, Lian Kun, ) | Civil No. 08-0012 |
| ) | (Criminal No. 03-00018) |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | ORDER GRANTING |
| UNITED STATES OF AMERICA, ) | ZHU'S MOTION TO HIRE |
| ) | INTERPRETER |
| Defendant ) | |

Given Zhu's limited English skills, and good cause appearing therefrom,

IT IS ORDERED that counsel for Zhu may hire an interpreter and incur up to $1,000.00 in interpretive services. Should counsel expend that sum and require further interpretive services, he may move the court on shortened time to incur additional expenses.

DATED this 7th day of March, 2008.

/s/ Alex R. Munson
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)