**TIMOTHY H. BELLAS**
Attorney-at-Law
Bank of Hawaii Bldg., Suite 203
P.O. Box 502845
Saipan, MP 96950
Telephone: (670) 323-2115; Fax 323-2116

**ATTORNEY FOR**: Petitioner Zhu

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ZHU, LIAN KUN, | CIVIL CASE NO. 08-0012 |
| Petitioner, | CRIMINAL CASE NO. 03-00018 |
| v. | **EX PARTE MOTION FOR EXTENSION OF TIME** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

COMES NOW, Petitioner, ZHU, LIAN KUN, (Mr. Zhu) presently incarcerated in the Bureau of Prisons Moshannon Valley facility located in Philipsburg, Pennsylvania, by and through his Court appointed counsel, Timothy H. Bellas, and respectfully moves *ex parte* for an

1

Order of this Court extending the time for him to comply with the Court's March 3rd, 2008 for an additional Fifteen (15) days.

This Motion is based on the attached Declaration of Counsel and the files of this matter and Criminal Case No. 03-00018.

1. This Petition to Vacate, Set Aside or Correct Sentence was filed on February 28th, 2008.

2. On March 3, 2008 the Court *sua sponte* granted a 30 day extension of time for the Petitioner to submit additional factual support under oath for his Petition.

3. This is the first extension of time that Petitioner has requested.

4. Counsel has unsuccessfully attempted to contact the Petitioner on several occasions to confer regarding the progress of his efforts to obtain such factual support, as more fully detailed in the attached Declaration of the Timothy H. Bellas.

Wherefore, counsel would respectfully request that the date to submit the factual support mandated by the March 3rd Order of this Court be extended from April 3rd to April 18th, 2008.

Respectfully submitted, this 2nd day of April, 2008.

_____
Timothy H. Bellas, F-0135
Attorney for Petitioner Zhu

2