1  **TIMOTHY H. BELLAS**
   Attorney-at-Law
2  Bank of Hawaii Bldg., Suite 203
   P.O. Box 502845
3  Saipan, MP 96950
   Telephone: (670) 323-2115; Fax 323-2116
4
5  **ATTORNEY FOR**: Petitioner Zhu

6

7

8           IN THE UNITED STATES DISTRICT COURT
                        FOR THE
9               NORTHERN MARIANA ISLANDS

10

11
   ZHU, LIAN KUN,                 )   CIVIL CASE NO. 08-0012
12                                )
              Petitioner,          )   CRIMINAL CASE NO. 03-00018
13                                )
                                  )   **DECLARATION OF JEAN SHI,**
14        v.                       )   **IN SUPPORT OF PETITION**
                                  )   **TO VACATE, SET ASIDE,**
15 UNITED STATES OF AMERICA,      )   **OR CORRECT SENTENCE**
                                  )
16                                )
              Respondent.          )   **PURSUANT TO 28 U.S.C.**
17 _____ )   **§ 2255**

18

19        COMES NOW, JEAN SHI, and states the following:

20     1.    I am a citizen of China, residing in the CNMI.
21
22     2.    I am over the age of majority and competent to testify as to the matters
23 contained in this Declaration.

24                                      1
25
26
27

3. I was the court appointed interpreter for Mr. Zhu during the criminal the trial of Mr. Zhu, Lian Kun in U.S. v. Zhu, Case No. 03-00018, which took place in early December 2004.

4. During a recess of the above referenced trial, I recall that I translated a discussion between Mr. Zhu and his attorney, F. Mathew Smith regarding the issue of the prosecutor making hand signals to witness, Jiang, Li Xia, while she was testifying on cross examination.

I declare under penalty of perjury that the foregoing statements are true and correct and that this declaration was executed on Saipan, CNMI on this 27 day of March, 2008.

_____
JEAN SHI aka Shu Qin Shi, Declarant

2