```
                                                    F I L E D
                                                       Clerk
                                                   District Court

                                                    APR - 3 2008

                                              For The Northern Mariana Islands
                                              By_____
                                                       (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ZHU, Lian Kun, ) <br> ) <br>     Plaintiff ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br>     Defendant ) <br> _____ ) | Civil No. 08-0012 <br> (Criminal No. 03-00018) <br><br><br> ORDER GRANTING <br> ZHU'S MOTION FOR <br> EXTENSION OF TIME |

    Given the representations in counsel's declaration of April 2, 2008, and good cause appearing therefrom,

    IT IS ORDERED that counsel for Zhu may have until April 18, 2008, to speak with his client. Should counsel encounter additional difficulties, he may again petition the court for an extension of time.

    DATED this 3rd day of April, 2008.

                                                         */s/ Alex R. Munson*
                                                   ALEX R. MUNSON
                                                         Judge