TIMOTHY H. BELLAS
Attorney-at-Law
Bank of Hawaii Bldg., Suite 203
P.O. Box 502845
Saipan, MP 96950
Telephone: (670) 323-2115; Fax 323-2116

**ATTORNEY FOR**: Petitioner Zhu

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ZHU, LIAN KUN, | CIVIL CASE NO. 08-0012 |
| Petitioner, | CRIMINAL CASE NO. 03-00018 |
| v. | **SECOND EX PARTE MOTION FOR EXTENSION OF TIME** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

COMES NOW, Petitioner, ZHU, LIAN KUN, (Mr. Zhu) presently incarcerated in the Bureau of Prisons Moshannon Valley facility located in Philipsburg, Pennsylvania, by and through his Court appointed counsel, Timothy H. Bellas, and respectfully moves *ex parte* for an

1

1  Order of this Court extending the time for him to comply with the Court's March 3rd, 2008.

2  This Motion is based on the files of this matter and Criminal Case No. 03-00018.

3  1. This Petition to Vacate, Set Aside or Correct Sentence was filed on February 28th,

4  2008.

5

6  2. On March 3, 2008 the Court *sua sponte* granted a 30 day extension of time for the

7  Petitioner to submit additional factual support under oath for his Petition.

8  3. This Petitioner has previously filed one Declaration under Oath and requested and

9  gotten one Extension of Time which the Court granted by entry of an Order on April 3rd, 2008

10  extending the time for him to file supplemental information to his original Petition until April 18th,

11

12  2008. In the same Order the Court indicated that a further extension of time would be looked upon

13  favorably due to the communication difficulty issues previously explained in the Declaration of

14  Counsel accompanying the first Extension of Time Motion.

15  4. Counsel has unsuccessfully attempted to provide documents to the Petitioner via

16  scanned email copies to his Case Manager, Ms. Magnuson. She, however, indicated that such

17  transmission is in violation of the detention facility rules and the documents had to be resent via

18

19  U.S. mail. The documents were sent via Express Mail on April 7th, 2008. Ms. Magnuson

20  acknowledged receipt of the documents sent to the Petitioner on April 15th, 2008, (A copy of said

21  document is attached as Exhibit A.)

22  5. Furthermore, an extension of time is necessary in order for counsel to notify

23

24  2

25

26

27

1  Petitioner of the results of factual investigations conducted by counsel on Petitioner's behalf.

2  Wherefore, counsel would respectfully request that the date to submit additional factual

3  support mandated by the March 3rd Order of this Court be extended from April 18th to May 9th,

4  2008 to allow for the document sent to Petitioner to be executed and returned to counsel for filing

5  with the Court.

6

7  Respectfully submitted, this 18th day of April, 2008.

*[signature]*
Timothy H. Bellas, F-0135
Attorney for Petitioner Zhu

3

# EXHIBIT A

Law Offices of
**TIMOTHY H. BELLAS, LLC**
Bank of Hawaii Bldg., Suite 203
P.O. Box 502845
Saipan, MP 96950
Tel: (670)323-2115 / Fax: (670)323-2116
email: thbellas@pticom.com

## ACKNOWLEDGEMENT RECEIPT

| To: | Deann Magnuson | From: | Timothy H. Bellas |
|---|---|---|---|
| Company: | CI Moshannon Valley | | |
| Date: | April 4th, 2008 | | |
| Subject: | Inmate - ZHU, LIAN KUN | | |

*Transmitted herewith:*
- [ ] CD/Disk(s)
- [x] Document(s)
- [ ] Others:

*For:*
- [x] File / Record
- [ ] Review / Comment
- [ ] Others:

| Description | Qty. |
|---|---|
| 1) 02/29/08 - Petition to Vacate, Set Aside or Correct Sentence | 10 pgs. |
| 2) 02/29/08 - Declaration of THBellas in Support of Petition to Vacate, Set Aside or Correct Sentence | 2 pgs. |
| 3) 02/29/08 - Memorandum of Law in Support of Petition... | 4 pgs. |
| 4) 03/03/08 - Order Allowing Plaintiff Thirty (30) days to Supplement 2255 motion | 7 pgs. |
| 5) 03/06/08 - Ex Parte Motion for Appointment of Interpreter | 2 pgs. |
| 6) 03/06/08 - Declaration of THBellas in Support of Ex Parte Motion for Appointment... | 2 pgs. |
| 7) 03/07/08 - Order Granting Zhu's Motion to Hire Interpreter | 1 pg. |
| 8) Declaration of Zhu Lian Kun in Support of Petition to Vacate, Set Aside or Correct Sentence w/attach. Self-addressed stamped envelope: FOR INMATE'S REVIEW AND SIGNATURE THEN TO BE RETURNED TO OUR OFFICE | 3 pgs./ 1 env. |
| ************************************NOTHING FOLLOWS*********************************** | *********** |

Remarks: Kindly acknowledge this transmittal and return upon receipt via fax at (670)323-2116 or by U.S. postal mail. Thank you.

Transmitted by: Carol Ermitanio                              Date: April 4th, 2008

Acknowledged by: DEANN M MAGNUSON (print & sign over printed name)         Date: 4/15/08