FILED
Clerk
District Court

APR 21 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ZHU, Lian Kun, ) | Civil No. 08-0012 |
| ) | (Criminal No. 03-00018) |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | ORDER GRANTING |
| UNITED STATES OF AMERICA, ) | ZHU'S MOTION FOR |
| ) | EXTENSION OF TIME |
| Defendant ) | |
| _____ ) | |

Given the representations in counsel's declaration of April 18, 2008, and good cause appearing therefrom,

IT IS ORDERED that counsel for Zhu may have until May 9, 2008, to supplement defendant's 28 U.S.C. § 2255 motion, as ordered by this court on March 3, 2008.

DATED this 21st day of April, 2008.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)